IN THE UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF ARKANSAS
FAYETTEVILLE DIVISION

JOSHUA ADAM CLAPP                                                           PLAINTIFF

        v.                 Civil No. 08-5264

SHERIFF HELDER; CAPTAIN
OSBORNE, Washington County Detention
Center; and SGT. CHARLES, Washington
County Detention Center                                  DEFENDANTS

### ORDER

NOW on this 19th day of March 2010, comes on for consideration the Report and Recommendation of the Magistrate Judge (document #20), filed on February 25, 2010, to which there are no objections, and the Court, being well and sufficiently advised, finds that the Report and Recommendation of the Magistrate Judge is sound in all respects, and should be adopted in its entirety.

**IT IS THEREFORE ORDERED** that the **Report and Recommendation of the Magistrate Judge** (document #20) is **adopted in its entirety**.

**IT IS FURTHER ORDERED** that, for the reasons stated in the Report and Recommendation, the plaintiff's complaint is **dismissed** for failure to follow a Court Order and for failure to prosecute.

**IT IS SO ORDERED.**

                                         /s/ Jimm Larry Hendren
                                         JIMM LARRY HENDREN
                                         UNITED STATES DISTRICT JUDGE